# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ECEC Wind-Down LLC<br><br>Debtor. | Bankruptcy Case No.: 22-10320 (JTD) |
| Direct Energy Marketing, LLC<br>                   Appellant,<br>v.<br>ECEC Wind-Down LLC, *et al.*,<br>                   Appellees. | C.A. No. 22-1176-MN<br>Bankr. BAP No. 22-49 |

## RECOMMENDATION

At Wilmington this **17th** day of **October, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

Appellant Direct Energy Business Marketing, LLC, Appellee ECEC Wind-Down LCC and proposed-intervenor Credit Suisse AG, Cayman islands branch, as

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

administrative agent and collateral agent (the"Agent") on the prepetition credit agreement and the ad hoc group of Prepetition Secured Lenders (the "Ad Hoc Group"), and together with the Agent, the "Secured Parties", have met and conferred.  As a result, they have agreed to participate in a global mediation concerning the Appeal, as well as other disputes between the Parties in Appellee's chapter 11 case.  The Parties have agreed to mediate their dispute before retired U.S. Bankruptcy Judge Christopher Sontchi as soon as practicable, subject to Judge Sontchi's schedule.

As to this Appeal, the Bankruptcy Court issued an order on August 31, 2022, which denied Appellant's motion for an order authorizing Appellant to prosecute claims on behalf of Appellee's bankruptcy estate.  Appellant filed its notice of appeal on September 6, 2022.  It designation of items for the record on appeal and a statement of issues to be present were filed on September 20, 2022.  The Parties proposed the following briefing schedule:

- Appellant's Opening brief of no more than 20 pages to be filed by October 24, 2022;
- Appellee and the Secured Parties to file responding briefs no more than 20 pages each and any joint motions, including joint dispositive motions, of no more than 20 pages, by November 21, 2022 and
- Appellant's Reply Brief of not more than 20 pages and any response to any joint motion filed by Appellee and Secured parties by December 12, 2022.

The parties further agree as follows: Appellant does not object to the Secured Parties' proposed intervention in this Appeal.  Appellant agrees not to object to any

motion filed by Appellee or the Secured Parties on or before November 21, 2022 as being untimely filed. Appellees and Secured Parties agree not to contest any reply filed by Appellant to any motion filed by Appellees and the Secured Parties that Appellant files on or before December 5, 2022 as having been untimely filed.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 are anticipated since this Recommendation is consistent with the parties' requests.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge