IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ECEC WIND-DOWN LLC, | ) ) ) | Case No. 22-10320 (JTD) |
| Debtor. | ) ) | (Bankr. D. Del.) |
| DIRECT ENERGY MARKETING, LLC, | ) ) | |
| Appellant, | ) ) ) | |
| v. | ) ) ) | C.A. No. 22-1176 (MN) |
| ECEC WIND-DOWN LLC, et al., | ) ) | |
| Appellees. | ) ) | |

**ORDER**

At Wilmington, this 18th day of October 2022;

WHEREAS, on October 17, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 14) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' positions (*Id*. at 3); and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following agreed-upon briefing schedule:

| | |
|---|---|
| Appellant Opening Brief (no more than 20 pages) | October 24, 2022 |
| Appellees and Secured Parties answering briefs (no more than 20 pages each) and any joint motions, including joint dispositive motions (no more than 20 pages) | November 21, 2022 |
| Appellant Reply Brief (no more than 20 pages) and any response to any joint motion filed by Appellee and Secured parties | December 12, 2022 |

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

2